Guy P. Roll, SBN #015987
THE ROLL LAW OFFICE, PLLC
2151 E. Broadway Rd., Suite 216
Tempe, Arizona 85282
(480) 314-5505 Office
(480) 314-5510 Fax
office@roll-law.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HARRY DE PRINS<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MICHAELES, Trustee of the Donald Belanger Irrevocable Trust dated October 28, 2008 and THE DONALD BELANGER IRREVOCABLE TRUST DATED OCTOBER 28, 2008,<br><br>Defendants. | **CASE NO.**<br><br>**COMPLAINT FOR DAMAGES FOR WRONGFUL DEATH, BREACH OF FIDUCIARY DUTY, FRAUDULENT CONVEYANCE, AND VIOLATION OF STATUTE**<br><br>**DIVERSITY OF CITIZENSHIP** |

Plaintiff, Harry De Prins, by and through his counsel undersigned, and for his complaint against Defendants alleges as follows:

1. Plaintiff Harry De Prins is the son and only surviving heir of Armand De Prins and Simonne De Prins, deceased and a resident of Maricopa County, Arizona.
2. Defendant Michael J. Michaeles is the trustee of the Defendant Donald Belanger Irrevocable Trust dated October 28, 2008 (the "Trust"). Defendant Michaeles is

-1-
The Roll Law Office, PLLC
2151 East Broadway Road, Suite 216
Tempe, Arizona 85282

also the duly-appointed-by-will personal representative of the Estate of Donald Belanger in Navajo County Superior Court probate proceedings # PB2010-00048. At all times material hereto, Donald Belanger, the trustor/settlor of the Trust, was a resident of and/or domiciled in the State of Arizona.

3. All acts, events, and occurrences alleged herein occurred in the State of Arizona.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

5. Venue in this Court is proper pursuant to 28 U.S.C. § 1391 because the events giving rise to the claim occurred in Arizona, or a substantial part of property that is the subject of the action is situated in the State of Arizona. Specifically, trustor/settlor Donald Belanger executed the Trust in the State of Arizona. Also, Donald Belanger executed his last will and testament in Arizona. Furthermore, substantial property owned by the testator/trustor/settlor Donald Belanger was located in Arizona before it was transferred into the Trust. A copy of the Trust is attached hereto as Exhibit "A" and incorporated herein by this reference. A copy of the Last Will and Testament of Donald Belanger is attached hereto as Exhibit "B".

6. The Trust was created through, or is, a non-probate transfer pursuant to A.R.S. § 14-6102 and Massachusetts' law. Therefore, the Donald Belanger Irrevocable Trust dated October 28, 2008 and trustee Michael J. Michaeles are liable to the Estate of Donald Belanger, and consequently to Plaintiff Harry De Prins, who also has a wrongful death claim against the Estate of Donald Belanger in the United States District Court for the District of Arizona, Case No.: 3:10-cv-08133-DKD.

7. In the lawsuit referenced in Paragraph 6 above, Michael J. Michaeles and the Estate of Donald Belanger have admitted liability to Plaintiff Harry De Prins for the shooting death of his parents, Armand De Prins and Simonne De Prins. The only remaining issue in that lawsuit is the amount and the types of wrongful death damages to which Plaintiff is entitled.

8. The Trust and trustee Michael J. Michaeles, as transferee of the assets of Donald Belanger, are liable for the wrongful death claim of Plaintiff against the Estate of Donald Belanger.

9. On March 2, 2009, Donald Belanger, the trustor/settlor of the Defendant trust, waited in the parking lot of the Walmart Supercenter store in Show Low, Navajo County, Arizona while the Plaintiff's decedents Simonne De Prins and Armand De Prins were shopping. While the De Prins were loading their vehicle, Belanger approached them with a gun and shot each of them, mortally wounding both Simonne De Prins and Armand De Prins.

10. Harry De Prins has an interest in the Estate of Donald Belanger and the Trust under A.R.S. § 14-1201, which defines "interested person" as any trustee, heir, devisee, child, spouse, <u>creditor</u>, beneficiary, person holding a power of appointment and <u>other person who has a property right in or claim against a trust estate or the estate of a decedent, ward or protected person</u>. (Emphasis added).

11. Defendant Michael J. Michaeles, either as personal representative of the Estate of Donald Belanger, or as trustee of the Trust, possesses assets of the estate that are subject to the claim of Harry De Prins as a wrongful death claimant. Several months before his death on March 3, 2009, Donald Belanger possessed over $225,000.00 in cash in his vehicle in Arizona and another approximately $500,000.00 in a bank and/or investment account in Arizona and/or Massachusetts. Discovery in Navajo County Superior Court probate proceedings # PB2010-00048 has revealed that some or all of these assets are now held by the Donald A. Belanger Irrevocable Trust dated October 28, 2008, and Michael J. Michaeles as trustee of said trust. Though titled an "Irrevocable" trust, the Trust was, in fact, revocable. The Trust gives Michael J. Michaeles as the trustee unbridled discretion to transfer any assets of the trust back to the trustor (Donald Belanger) at any time. (See ARTICLE SECOND of the Donald A. Belanger Irrevocable Trust dated October 28, 2008).

12. On March 3, 2009, Defendants' trustor/trustee Donald Belanger committed suicide while travelling on I-25 near Albuquerque, New Mexico.

13. On and prior to the murder of Plaintiff's decedents on March 2, 2009, Defendants' trustor/settler Donald Belanger had threatened Plaintiff's decedents with bodily harm and threatened his own suicide.

14. Defendant Michael J. Michaeles, as personal representative of the Estate of Donald Belanger, is personally liable under A.R.S. § 14-3712 and A.R.S. § 14-7302 for the improper exercise of his powers as personal representative in failing to maximize the assets of the Estate for the benefit of creditors such as Plaintiff. Specifically, because Defendant Michael J. Michaeles, now as trustee of the Trust, should have recovered the assets of the Estate of Donald Belanger from the Trust . He failed to do so because he had an appearance of impropriety and/or a direct conflict between the interests of the Estate (and to its creditors such as Plaintiff) and the beneficiaries of the Donald Belanger Trust (of which Michael J. Michaeles is a contingent beneficiary).

15. The aforementioned conduct of Defendant Michael J. Michaeles also constituted a breach of his fiduciary duty as personal representative of the Estate of Donald Belanger, and to the creditors of that estate such as Plaintiff herein.

As a direct and proximate result of the negligence, carelessness, and/or intentional acts of the Defendants and Defendants' trustor, Plaintiff has been deprived of kind and loving parents, and of their care, comfort, society, protection, love, companionship, affection, solace, advice, moral support, and financial assistance and guidance.

16. The conduct and actions of the Defendants, and each of them, was of such a willful, wanton, malicious, and reckless manner so as to justify the imposition of punitive damages to deter Defendants and others from a like course of conduct in the future.

The Roll Law Office, PLLC
2151 East Broadway Road, Suite 216
Tempe, Arizona 85282

WHEREFORE, Plaintiff prays for and demands judgment against the Defendants, and each of them, as set forth below;

(1) For general damages according to proof;

(2) For special damages according to proof;

(3) For punitive damages according to proof;

(4) For costs of suit;

(5) For prejudgment interest and post-judgment interest according to law; and

(6) For such other and further relief as the court may deem just and proper.

Dated this 26th day of November, 2014.

/s/ Guy P. Roll
Guy P. Roll
The Roll Law Office, PLLC
Attorneys for Plaintiff